UNITED STATES of America,
Plaintiff–Appellee,

·v.

Jose Jesus Reyes–Gallaga VARGAS,
a.k.a. Victor Vargas–Chavez,
Defendant–Appellant.

No. 13–10649.

United States Court of Appeals,
Ninth Circuit.

---

* The Honorable Jed S. Rakoff, District Judge for the U.S. District Court for the Southern District of New York, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**516**

Submitted June 22, 2015.*

Filed June 26, 2015.

Paul Andrew Hemesath, Esquire, Assistant U.S., USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Victor Vargas–Chavez, Timothy Edward Warriner, Law Office of Timothy E. Warriner, Sacramento, CA, for Defendant–Appellant.

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Jose Jesus Reyes–Gallaga Vargas appeals the district court's judgment and challenges the 120–month sentence imposed after he pleaded guilty to possession with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and dealing firearms without a license in violation of 18 U.S.C. § 922(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Vargas argues that the district court improperly increased his base offense level by two points for possession of a dangerous weapon under U.S.S.G. § 2D1.1(b)(1). We disagree. "In applying this enhancement, 'the court need not find a connection between the firearm and the offense. If it finds that the defendant possessed the weapon during the commission of the offense, the enhancement is appropriate.'" *United States v. Lopez–Sandoval,* 146 F.3d 712, 714 (9th Cir.1998) (quoting *United States v. Restrepo,* 884 F.2d 1294, 1296 (9th Cir.1989)). Vargas admitted to possessing the firearms during the firearm/drug sales. Even if the firearms were for sale, and not protection, Vargas still had access to them, and he could have put them to nefarious ends had he wished. *See United States v. Heldberg,* 907 F.2d 91, 94 (9th Cir.1990).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

